CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
SEP 13 2017
JULIA C. DUDLEY, CLERK
BY: s/ MARTHA L. HUPP
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| LARRY D. WEST, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 4:17-cv-00003 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | By: Hon. Jackson L. Kiser     Senior United States District Judge |
| | ) | |
| Defendant. | ) | |

Before me is the *Report and Recommendation* of the United States Magistrate Judge recommending that I enter an Order granting the Commissioner's Motion to Remand [ECF No. 15] and remanding this case. This *Report* was filed on August 22, 2017, from which date the parties had fourteen (14) days to file objections. No objections were filed. Accordingly, it is **ORDERED** and **ADJUDGED** that the *Report and Recommendation* shall be, and hereby is, **ADOPTED** in its entirety. The Commissioner's uncontested Motion to Remand is **GRANTED** and this case is hereby **REMANDED** to the Commissioner for further proceedings consistent with Magistrate Judge Hoppe's *Report*. See 42 U.S.C. § 405(g) (2014) (sentence four). The Clerk is directed to dismiss this case from the active docket of this Court.

The Clerk is directed to send a copy of this Order to Magistrate Judge Hoppe and all counsel of record.

ENTERED this 13th day of September, 2017.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE